**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Brianna Greene
                      Plaintiff,

v.                                          Case No.: 1:09–cv–07547
                                          Honorable Blanche M. Manning

Equifax Information Services, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 4, 2010:

      MINUTE entry before Honorable Blanche M. Manning: Plaintiff's motion for limited expedited discovery[9] is entered and continued 1/21/2010 at 11:00 AM. The plaintiff is directed to confer with the defendants to attempt to resolve this matter. Defendants' motions for extension of time [11][14][17][21][24][28] are granted. All answers/responsive pleadings are due by 2/10/2010. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.