# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Brianna Greene

                              Plaintiff,

v.                                                      Case No.: 1:09–cv–07547
                                                                   Honorable Blanche M. Manning

Equifax Information Services, Inc., et al.

                              Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision, discovery motions motion for discovery[9].(rth, )Mailed notice.


Dated: January 26, 2010

                                                                                /s/ Blanche M. Manning

                                                                              United States District Judge