**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Brianna Greene
                                    Plaintiff,

v.                                                    Case No.: 1:09–cv–07547
                                                      Honorable Blanche M. Manning

Equifax Information Services, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 26, 2010:

      MINUTE entry before Honorable Maria Valdez: Minute entry dated 1/26/2010 document number [43] is hereby vacated. Order to read as follows: "Motion hearing held. Plaintiff's Motion for Limited Expedited Discovery [9 ] is granted in part and denied in part. Defendants Bank of America N.A., HSBC USA Inc. and Citibank (South Dakota) N.A. are ordered to produce documents from 2007 and 2008 related to any communication received from other credit reporting agencies and/or creditor relating to Plaintiff's disputes. The information shall be produced within seven (7) days. The said motion with respect to remaining defendants is denied as moot."Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.