UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIANNA GREENE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| VS. | )   Case No.: 09-CV-7547 |
| | ) |
| EQUIFAX INFORMATION SERVICES, INC., | ) |
| TRANSUNION, LLC, | )   Judge Blanche Manning |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| GE MONEY BANK, AT&T MOBILITY, LLC, | )   Magistrate Valdez |
| BANK OF AMERICA, NA, HSBC USA, INC., | ) |
| CITIBANK (SOUTH DAKOTA) N.A., | ) |
| | ) |
|    Defendants. | ) |

**DEFENDANT CITIBANK'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S EXPEDITED DISCOVERY**

Defendant Citibank (South Dakota) N.A. ("Citibank"), by and through its attorneys, SmithAmundsen LLC, hereby respectfully requests a one-week extension of time, up to and including February 9, 2010, in which to respond to plaintiff Brianna Greene's expedited discovery requests. In support of its Motion, Citibank states as follows:

1.    On January 26, 2010, the parties appeared before the Court on Plaintiff's Motion for Expedited Discovery. The Court allowed the Plaintiff to proceed with expedited discovery and ordered the Defendants to respond within one week, by February 2, 2010. At that time, the Court indicated that if any party had a problem with obtaining the documents within a week, that party should file a motion for extension of time.

2.    Citibank is in the process of attempting to collect any responsive information to Plaintiff's expedited discovery requests but does not believe that it will be able to respond by February 2, 2010.

3. Accordingly, Citibank requests an additional seven (7) days in which to respond to Plaintiffs' expedited discovery requests.

4. Citibank does not request this relief for the purpose of delay or to prejudice plaintiff.

WHEREFORE, defendant Citibank (South Dakota) N.A. respectfully requests that this Court grant its Motion for Extension of Time to respond to Plaintiff's expedited discovery and allow Citibank an additional seven (7) days, up to February 9, 2010, to respond to plaintiff's expedited discovery requests, and grant defendant such other and further relief as this Court deems just and proper.

Respectfully submitted,

s/ Jill A. Cheskes_____
Attorney No.: 06237878
Attorney for Defendant
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Fax (312) 894-3210
E-mail: jcheskes@salawus.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants.

      s/ Jill A. Cheskes_____
Attorney No.: 06237878
Attorney for Defendant
**SmithAmundsen LLC**
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Fax (312) 894-3210
E-mail: jcheskes@salawus.com