UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIANNA GREENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) Case No.: 09-CV-7547 |
| | ) |
| EQUIFAX INFORMATION SERVICES, INC., | ) |
| TRANSUNION, LLC, | ) Judge Blanche Manning |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| GE MONEY BANK, AT&T MOBILITY, LLC, | ) |
| BANK OF AMERICA, NA, HSBC USA, INC., | ) |
| CITIBANK (SOUTH DAKOTA) N.A., | ) |
| | ) |
| Defendants. | ) |

_____

**NOTICE OF MOTION**
_____

TO:   -- All Attorneys of Record --

     PLEASE TAKE NOTICE THAT on **February 9, 2010**, at **9:45 a.m.**, we shall appear before **Magistrate Judge Maria Valdez** in **Room 1300**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached **Motion to Extend Time to Respond to Plaintiff's Expedited Discovery**, a copy of which is hereby served upon you.

                                s/ Jill A. Cheskes_____
                                Attorney No.: 06237878
                                Attorney for Defendant
                                **SmithAmundsen LLC**
                                150 N. Michigan Avenue, Suite 3300
                                Chicago, Illinois 60601
                                Telephone: (312) 894-3200
                                Fax (312) 894-3210
                                E-mail: jcheskes@salawus.com

**Alexander Holmes Burke**
Burke Law Offices, LLC
155 N. Michigan Ave.
Suite 9020
Chicago, IL 60601
(312) 729-5288
ABurke@BurkeLawLLC.com

representing

**Brianna Greene**
*(Plaintiff)*

**Lawrence Mitchell Benjamin**
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 1700
Chicago, IL 60602
(312) 269-8000
lbenjamin@ngelaw.com

representing

**Bank of America N.A.**
*(Defendant)*

**Michael D. Douglas**
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
(404) 572-4600
mdouglas@kslaw.com

representing

**Equifax Information Services LLC**
*(Defendant)*

**Jeremy S. Unruh**
Polsinelli Shughart, PC
161 N. Clark Street, Suite 4200
Chicago, IL 60601
junruh@polsinelli.com

representing

**Equifax Information Services LLC**
*(Defendant)*

**Jeffrey D. Pilgrim**
**Jennifer Hollenbeck Sarhaddi**
Grady Pilgrim Christakis Bell LLP
53 W. Jackson Boulevard, Suite 715
Chicago, IL 60604
(312) 939-6580

representing

**HSBC Bank USA, N.A.**
*(Defendant)*

| | | |
|---|---|---|
| **William R. Brown**<br>**Robert J. Schuckit**<br>Schuckit & Associates, P.C.<br>30th Floor, Market Tower<br>10 W. Market Street, Suite 3000<br>Indianapolis, IN 46204<br>(317) 363-2400<br>(317) 363-2257 (fax)<br>wbrown@schuckitlaw.com<br>rschuckit@schuckitlaw.com | representing | **Trans Union, LLC**<br>*(Defendant)* |
| **Michael Joseph Sreenan**<br>Michael J. Sreenan<br>853 N. Elston Avenue<br>Chicago, IL 60622<br>(773)549-8700<br>msreenan@sreenanpc.com | representing | **Trans Union, LLC**<br>*(Defendant)* |
| **Gabriel H. Scannapieco**<br>Jones Day<br>77 W. Wacker Drive, Suite 3500<br>Chicago, IL 60601<br>(312) 782-3939 | representing | **Experian Information Solutions**<br>*(Defendant)* |
| **Daniel J. O'Rielly**<br>O'Rielly & Roche LLP<br>161 N. Clark Street, Suite 4700<br>Chicago, IL 60601<br>(312) 523-2102 | representing | **GE Money Bank, FSB**<br>*(Defendant)* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants.

      s/ Jill A. Cheskes_____
Attorney No.: 06237878
Attorney for Defendant
**SmithAmundsen LLC**
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Fax (312) 894-3210
E-mail: jcheskes@salawus.com