**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Brianna Greene
                                            Plaintiff,

v.                                                                            Case No.: 1:09–cv–07547
                                                                              Honorable Blanche M. Manning

Equifax Information Services, Inc., et al.
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 8, 2010:

      MINUTE entry before Honorable Maria Valdez: MOTION by Defendant Citibank (South Dakota) N.A. for extension of time to complete discovery [46] is granted. Defendant Citibank (South Dakota) N.A. to respond to Plaintiff's expedited discovery request by 2/9/10. Presentment date of 2/9/10 on said motion is stricken. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.