# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRIANNA GREENE, | ) |
|    Plaintiff, | ) ) ) |
| VS. | ) Case No.: 09-CV-7547 |
| EQUIFAX INFORMATION SERVICES, INC., TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., GE MONEY BANK, AT&T MOBILITY, LLC, BANK OF AMERICA, NA, HSBC USA, INC., CITIBANK (SOUTH DAKOTA) N.A., | ) ) ) Judge Blanche Manning ) ) ) ) |
|    Defendants. | ) |

___

## NOTICE OF MOTION
___

TO:   -- All Attorneys of Record --

     PLEASE TAKE NOTICE THAT on **February 18, 2010**, at **11:00 a.m.**, we shall appear before the **Honorable Blanche M. Manning** in **Room 2125**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached **Motion to Dismiss**, a copy of which is hereby served upon you.

                       s/ Sara M. Stertz
                       Attorney No.: 6290843
                       Attorney for Defendant
                       **SmithAmundsen LLC**
                       150 N. Michigan Avenue, Suite 3300
                       Chicago, Illinois 60601
                       Telephone: (312) 894-3200
                       Fax (312) 894-3210
                       E-mail: sstertz@salawus.com

| | | |
|---|---|---|
| **Alexander Holmes Burke**<br>Burke Law Offices, LLC<br>155 N. Michigan Ave.<br>Suite 9020<br>Chicago, IL 60601<br>(312) 729-5288<br>ABurke@BurkeLawLLC.com | representing | **Brianna Greene**<br>*(Plaintiff)* |
| **Lawrence Mitchell Benjamin**<br>**Tonya G. Newman**<br>Neal, Gerber & Eisenberg<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602<br>(312) 269-8000<br>lbenjamin@ngelaw.com | representing | **Bank of America N.A.**<br>*(Defendant)* |
| **Michael D. Douglas**<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>(404) 572-4600<br>mdouglas@kslaw.com | representing | **Equifax Information Services LLC**<br>*(Defendant)* |
| **Jeremy S. Unruh**<br>Polsinelli Shughart, PC<br>161 N. Clark Street, Suite 4200<br>Chicago, IL 60601<br>junruh@polsinelli.com | representing | **Equifax Information Services LLC**<br>*(Defendant)* |
| **Jeffrey D. Pilgrim**<br>**Jennifer Hollenbeck Sarhaddi**<br>Grady Pilgrim Christakis Bell LLP<br>53 W. Jackson Boulevard, Suite 715<br>Chicago, IL 60604<br>(312) 939-6580 | representing | **HSBC Bank USA, N.A.**<br>*(Defendant)* |

| | | |
|---|---|---|
| **William R. Brown**<br>**Robert J. Schuckit**<br>Schuckit & Associates, P.C.<br>30th Floor, Market Tower<br>10 W. Market Street, Suite 3000<br>Indianapolis, IN 46204<br>(317) 363-2400<br>(317) 363-2257 (fax)<br>wbrown@schuckitlaw.com<br>rschuckit@schuckitlaw.com | representing | **Trans Union, LLC**<br>*(Defendant)* |
| **Michael Joseph Sreenan**<br>Michael J. Sreenan<br>853 N. Elston Avenue<br>Chicago, IL 60622<br>(773)549-8700<br>msreenan@sreenanpc.com | representing | **Trans Union, LLC**<br>*(Defendant)* |
| **Gabriel H. Scannapieco**<br>Jones Day<br>77 W. Wacker Drive, Suite 3500<br>Chicago, IL 60601<br>(312) 782-3939 | representing | **Experian Information Solutions**<br>*(Defendant)* |
| **Daniel J. O'Rielly**<br>O'Rielly & Roche LLP<br>161 N. Clark Street, Suite 4700<br>Chicago, IL 60601<br>(312) 523-2102 | representing | **GE Money Bank, FSB**<br>*(Defendant)* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 29, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants.

      s/ Jill A. Cheskes_____
      Attorney No.: 06237878
      Attorney for Defendant
      **SmithAmundsen LLC**
      150 N. Michigan Avenue, Suite 3300
      Chicago, Illinois 60601
      Telephone: (312) 894-3200
      Fax (312) 894-3210
      E-mail: jcheskes@salawus.com