## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Brianna Greene
                                        Plaintiff,

v.                                      Case No.: 1:09–cv–07547
                                        Honorable Blanche M. Manning

Equifax Information Services, Inc., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 12, 2010:

    MINUTE entry before Honorable Blanche M. Manning: Defendant HSBC Bank Nevada's agreed motions for extension of time to 3/12/2010 to answer or otherwise plead [50] and for leave to file an amend appearance [52] are granted. The parties are reminded to notice any further nondispositive motions before Magistrate Judge Valdez. On defendant Bank of America's motion to dismiss, motion to dismiss/lack of jurisdiction[55], and defendant Citibank's motion to dismiss[60], responses due by 3/11/2010. Replies due by 3/25/2010. Ruling by mail. No appearance is required on 2/16/2010 or 2/18/2010.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.