**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Brianna Greene
                                  Plaintiff,

v.                                                    Case No.: 1:09–cv–07547
                                                      Honorable Blanche M. Manning

Equifax Information Services, Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 16, 2010:

      MINUTE entry before Honorable Maria Valdez: Plaintiff's unopposed motion to extend time to respond to motions to dismiss [68] is granted. Plaintiff's responses to defendants' motions to dismiss [55] and [60] by 4/12/10. Defendants39; replies by 4/26/10. Courtesy copies to be submitted to Judge Manning. Defendatn HSBC USA Inc's Motion for extension of time to answer or otherwise plead [71] is granted by 4/12/10. Presentment date of 3/17/10 on said motions are stricken. Parties need not appear. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.