**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRIANNA GREENE, | ) | |
| Plaintiff, | ) | 1:09-cv-7547 |
| v. | ) | |
| | ) | Jury Demanded |
| EQUIFAX INFORMATION SERVICES, INC., | ) | |
| TRANSUNION, LLC, | ) | Judge Manning |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| GE MONEY BANK, | ) | Magistrate Judge Valdez |
| HSBC USA INC., and | ) | |
| CITIBANK (SOUTH DAKOTA) N.A. | ) | |
| Defendants. | ) | |

**NOTICE OF MOTIONS**

To:

ECF Counsel of Record, and Service List Contained in Motion

You are hereby notified that plaintiff has filed **(1) Plaintiff's Motion for Leave to Amend, (2) Motion for Protective Order and (3) Motion for Entry of Order Concerning Information of Larquette Green** and will appear on **April 20, 2010, at 10:00 am** in front of **Judge Valdez** in **Courtroom 1300** of the Everett McKinley Dirksen Building, United States Courthouse 219 South Dearborn Street, Chicago, IL 60604 to present such to the Court.

/s/Alexander H. Burke

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

**CERTIFICATE OF SERVICE**

I, Alexander H. Burke, hereby certify that this Motion and Notice of Motion were served upon counsel of record through the ECF system for the Northern District of Illinois and otherwise as delineated on the last page of the motion.

/s/Alexander H. Burke