# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Brianna Greene

                                      Plaintiff,

v.                                                   Case No.: 1:09–cv–07547

                                                                 Honorable Blanche M. Manning

Equifax Information Services, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 14, 2010:

      MINUTE entry before Honorable Maria Valdez: Defendant HSBC Nevada, N.A.'s agreed motion for extension of time to answer or otherwise plead [82] is granted. Defendant HSBC Nevada, N.A. to answer or otherwise plead to plaintiff's complaint by 5/12/10. Defendant HSBC Nevada, N.A.'s agreed motion for extension of time to answer or otherwise plead [80] is hereby terminated as duplicate of document number [82]. Presentment date of 4/20/10 on said motion is stricken. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.