UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIANNA GREENE, | ) |
|    Plaintiff, | ) ) ) |
| VS. | )   Case No.: 09-CV-7547 |
| EQUIFAX INFORMATION SERVICES, INC., TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., GE MONEY BANK, AT&T MOBILITY, LLC, BANK OF AMERICA, NA, HSBC USA, INC., CITIBANK (SOUTH DAKOTA) N.A., | ) ) ) ) ) ) ) ) |
|    Defendants. | ) |

Judge Blanche Manning

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Jill A. Cheskes, an attorney with the law firm SmithAmundsen, and respectfully moves the Honorable Court for an Order withdrawing as counsel for the defendants, CITIBANK (SOUTH DAKOTA) N.A., for the following reasons:

1. Jill A. Cheskes was one of the attorneys from the firm of SmithAmundsen, LLC, that was retained to represent the defendant, CITIBANK (SOUTH DAKOTA) N.A..

2. Following the filing of an Amended Complaint by Plaintiff, CITIBANK (SOUTH DAKOTA) N.A. has to have new counsel represent it in this action and has asked Ms. Cheskes to withdraw.

3. Accordingly, Jill A. Cheskes hereby moves this Court for leave to withdraw as counsel for defendant, CITIBANK (SOUTH DAKOTA) N.A.

4. CITIBANK (SOUTH DAKOTA) N.A. gave its consent for Jill A. Cheskes and all attorneys of the law firm SmithAmundsen to withdraw from this matter.

5. CITIBANK (SOUTH DAKOTA) N.A. has retained another attorney that will be filing an appearance on behalf of CITIBANK (SOUTH DAKOTA) N.A.

6. The withdrawal of Jill A. Cheskes from this matter is for good cause and will not disrupt this lawsuit.

WHEREFORE, Jill A. Cheskes prays that she be allowed to withdraw as counsel for defendants, CITIBANK (SOUTH DAKOTA) N.A. in this matter.

Respectfully Submitted,

SmithAmundsen LLC

By: s/ Jill A. Cheskes_____
Jill A. Cheskes, Attorney for Defendants
Attorney No.: 6237878
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Fax (312) 894-3210
E-mail: jcheskes@salawus.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants.

           By: s/ Jill A. Cheskes
              Jill A. Cheskes, Attorney for Defendants
              Attorney No.: 6237878
              SmithAmundsen LLC
              150 N. Michigan Avenue, Suite 3300
              Chicago, Illinois 60601
              Telephone: (312) 894-3200
              Fax (312) 894-3210
              E-mail: jcheskes@salawus.com