UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIANNA GREENE, ) </br> ) </br> Plaintiff, ) </br> ) </br> VS. ) </br> ) </br> EQUIFAX INFORMATION SERVICES, INC., ) </br> TRANSUNION, LLC, ) </br> EXPERIAN INFORMATION SOLUTIONS, INC., ) </br> GE MONEY BANK, AT&T MOBILITY, LLC, ) </br> BANK OF AMERICA, NA, HSBC USA, INC., ) </br> CITIBANK (SOUTH DAKOTA) N.A., ) </br> ) </br> Defendants. ) | Case No.: 09-CV-7547 </br></br> Judge Blanche Manning |

_____

### NOTICE OF MOTION
_____

TO:   -- All Attorneys of Record --

   PLEASE TAKE NOTICE THAT on **May 11, 2010**, at **9:45 a.m.**, we shall appear before the **Honorable Maria Valdez** in **Room 1300**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached **Motion to Withdraw**, a copy of which is hereby served upon you.

                    SmithAmundsen LLC

            By:   s/ Jill A. Cheskes_____
                    Jill A. Cheskes, Attorney for Defendants
                    Attorney No.: 6237878
                    SmithAmundsen LLC
                    150 N. Michigan Avenue, Suite 3300
                    Chicago, Illinois 60601
                    Telephone: (312) 894-3200
                    Fax (312) 894-3210
                    E-mail: jcheskes@salawus.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants.

      By:    s/ Jill A. Cheskes_____
                Jill A. Cheskes, Attorney for Defendants
                Attorney No.: 6237878
                SmithAmundsen LLC
                150 N. Michigan Avenue, Suite 3300
                Chicago, Illinois 60601
                Telephone: (312) 894-3200
                Fax (312) 894-3210
                E-mail: jcheskes@salawus.com