UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIANNA GREENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Case No.: 09-CV-7547 |
| ) | |
| EQUIFAX INFORMATION SERVICES, INC., ) | |
| TRANSUNION, LLC, ) | Judge Blanche Manning |
| EXPERIAN INFORMATION SOLUTIONS, INC., ) | |
| GE MONEY BANK, AT&T MOBILITY, LLC, ) | |
| BANK OF AMERICA, NA, HSBC USA, INC., ) | |
| CITIBANK (SOUTH DAKOTA) N.A., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Sara M. Stertz, an attorney with the law firm SmithAmundsen, and respectfully moves the Honorable Court for an Order withdrawing as counsel for the defendants, CITIBANK (SOUTH DAKOTA) N.A., for the following reasons:

1. Sara M. Stertz was one of the attorneys from the firm of SmithAmundsen, LLC, that was retained to represent the defendant, CITIBANK (SOUTH DAKOTA) N.A.

2. Following the filing of an Amended Complaint by Plaintiff, CITIBANK (SOUTH DAKOTA) N.A. has to have new counsel represent it in this action and has asked all attorneys from SmithAmundsen to withdraw.

3. Accordingly, Sara M. Stertz hereby moves this Court for leave to withdraw as counsel for defendant, CITIBANK (SOUTH DAKOTA) N.A.

4. CITIBANK (SOUTH DAKOTA) N.A. gave its consent for all attorneys of the law firm SmithAmundsen to withdraw from this matter.

5. CITIBANK (SOUTH DAKOTA) N.A. has retained another attorney that will be filing an appearance on behalf of CITIBANK (SOUTH DAKOTA) N.A.

6. The withdrawal of Sara M. Stertz from this matter is for good cause and will not disrupt this lawsuit.

WHEREFORE, Sara M. Stertz prays that she be allowed to withdraw as counsel for defendants, CITIBANK (SOUTH DAKOTA) N.A. in this matter.

                Respectfully Submitted,

                SmithAmundsen LLC

By:   s/ Sara M. Stertz_____
       Sara M. Stertz, Attorney for Defendants
       Attorney No.: 6290843
       SmithAmundsen LLC
       150 N. Michigan Avenue, Suite 3300
       Chicago, Illinois 60601
       Telephone: (312) 894-3200
       Fax (312) 894-3210
       E-mail: sstertz@salawus.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants.

      By:    s/ Sara M. Stertz
                  Sara M. Stertz, Attorney for Defendants
                  Attorney No.: 6290843
                  SmithAmundsen LLC
                  150 N. Michigan Avenue, Suite 3300
                  Chicago, Illinois 60601
                  Telephone: (312) 894-3200
                  Fax (312) 894-3210
                  E-mail: sstertz@salawus.com