UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIANNA GREENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Case No.: 09-CV-7547 |
| ) | |
| EQUIFAX INFORMATION SERVICES, INC., ) | |
| TRANSUNION, LLC, ) | Judge Blanche Manning |
| EXPERIAN INFORMATION SOLUTIONS, INC., ) | |
| GE MONEY BANK, AT&T MOBILITY, LLC, ) | |
| BANK OF AMERICA, NA, HSBC USA, INC., ) | |
| CITIBANK (SOUTH DAKOTA) N.A., ) | |
| ) | |
| Defendants. ) | |

_____

## NOTICE OF MOTION
_____

TO:   -- All Attorneys of Record --


    PLEASE TAKE NOTICE THAT on **May 11, 2010**, at **9:45 a.m.**, we shall appear before the **Honorable Maria Valdez** in **Room 1300**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached **Motion to Withdraw**, a copy of which is hereby served upon you.


                                          s/ Sara M. Stertz
                                          Attorney No.: 6290843
                                          Attorney for Defendant
                                          **SmithAmundsen LLC**
                                          150 N. Michigan Avenue, Suite 3300
                                          Chicago, Illinois 60601
                                          Telephone: (312) 894-3200
                                          Fax (312) 894-3210
                                          E-mail: sstertz@salawus.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants.

        s/ Sara M. Stertz
        Attorney No.: 6290843
        Attorney for Defendant
        **SmithAmundsen LLC**
        150 N. Michigan Avenue, Suite 3300
        Chicago, Illinois 60601
        Telephone: (312) 894-3200
        Fax (312) 894-3210
        E-mail: sstertz@salawus.com