370-10780 RAV/lak

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BRIANNA GREENE, | ) | |
| | ) | No.: 1:09-cv-7547 |
| Plaintiff, | ) | |
| | ) | Judge Blanche M. Manning |
| vs. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| CITIBANK (SOUTH DAKOTA) N.A, et al | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO SUBSTITUTE AS COUNSEL

Now comes Richard A. Valek, an attorney with the law firm of Stone & Johnson, Chartered, and respectfully moves this honorable court for an order allowing STONE & JOHNSON, CHARTERED to substitute as counsel for the Defendant, CITIBANK (SOUTH DAKOTA) N.A., for the following reasons:

1. Jill A. Cheskes, of the law firm of SmithAmundsen LLC, previously filed an Appearance on behalf of CITIBANK (SOUTH DAKOTA) N.A..

2. Jill A. Cheskes has filed a Motion to Withdraw as Counsel for CITIBANK (SOUTH DAKOTA) N.A. as she has been requested by CITIBANK (SOUTH DAKOTA) N.A. to withdraw her Appearance on behalf of CITIBANK (SOUTH DAKOTA) N.A.

3. CITIBANK (SOUTH DAKOTA) N.A. has requested that Richard A. Valek of the law firm of Stone & Johnson, Chartered, file an Appearance on behalf of CITIBANK (SOUTH DAKOTA) N.A.

4. The substitution of counsel for CITIBANK (SOUTH DAKOTA) N.A. and allowing Richard A. Valek of the law firm of Stone & Johnson, Chartered, to file its appearance instanter is for a good cause and will not disrubt this law suit.

WHEREFORE, Richard A. Valek of the law firm of Stone & Johnson, Chartered, prays that he be allowed to appear as counsel for CITIBANK (SOUTH DAKOTA) N.A., for all further proceedings in this matter.

Respectfully submitted,

**STONE & JOHNSON, CHARTERED**

By: /s/Richard A. Valek
Richard A. Valek

Richard A. Valek - Attorney #6196252
**STONE & JOHNSON, CHARTERED**
Attorneys for Defendant Citibank (South Dakota) N.A
200 East Randolph Street
24th Floor
Chicago, Illinois 60601
(312) 332-5656