370-10780                                                                              RAV/lak

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BRIANNA GREENE, | ) | |
| | ) | No.: 1:09-cv-7547 |
| Plaintiff, | ) | |
| | ) | Judge Blanche M. Manning |
| vs. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| CITIBANK (SOUTH DAKOTA) N.A, et al | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   ALL COUNSEL OF RECORD

On **May 11, 2010**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Maria Valdez**, or any judge sitting in her stead in Courtroom 1300, in the **Federal Court, 219 South Dearborn Street, Chicago, Illinois**, and shall then and there present the attached **Motion to Substitute as Counsel.**

### PROOF OF SERVICE

I hereby certify that on May 4, 2010, I electronically filed the foregoing Notice of Motion and Motion to Substitute as Counsel using CM/ECF SYSTEM which will send notification to all CM/EF participants, and I hereby certify that I have mailed by United States Postal Service the documents to any non CM-ECF participants.



/s/ Richard A. Valek
Richard A. Valek

Richard A. Valek - Attorney #6196252
**STONE & JOHNSON CHARTERED**
200 East Randolph Street
24th Floor
Chicago, Illinois 60601
Telephone: (312) 332-5656