**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRIANNA GREENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) Case No.: 09-CV-7547 |
| | ) |
| EQUIFAX INFORMATION SERVICES, INC., | ) |
| TRANSUNION, LLC, | ) Judge Blanche Manning |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| GE MONEY BANK, AT&T MOBILITY, LLC, | ) |
| BANK OF AMERICA, NA, HSBC USA, INC., | ) |
| CITIBANK (SOUTH DAKOTA) N.A., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S**
**MOTION TO SHARE INFORMATION**
**CONCERNING LARQUETTE GREEN**

NOW COMES Defendant, Citibank (South Dakota), N.A., ("Citibank"), by and through its attorneys, Jill A. Cheskes and Sara M. Stertz of SmithAmundsen, LLC, and hereby responds to Plaintiff's Motion to Compel Defendants to Share Information Regarding Larquette Green in Discovery, as follows:

Citibank does not necessarily oppose Plaintiff's instant Motion, but files this response so that the record is clear that Citibank desires to prevent the improper disclosure of documents pertaining to Larquette Greene's credit card account.  Although Citibank previously has provided such documents to Plaintiff, it has done so only after providing notice to Larquette Greene at her last known address (for which no response was received) and only on the promise from Plaintiff's counsel that the documents be maintained on an attorneys' eyes only basis. Accordingly, Citibank respectfully submits that, should the Court grant Plaintiff's Motion, the

documents previously provided to Plaintiff's counsel by Citibank shall continue to be maintained on an attorneys' eyes only basis.

                                        Respectfully submitted,

                                        s/ Jill A. Cheskes_____
                                        Attorney No.: 06237878
                                        Attorney for Defendant
                                        SmithAmundsen LLC
                                        150 N. Michigan Avenue, Suite 3300
                                        Chicago, Illinois 60601
                                        Telephone: (312) 894-3200
                                        Fax (312) 894-3210
                                        E-mail: jcheskes@salawus.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 4, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants.

            s/ Jill A. Cheskes_____
            Attorney No.: 06237878
            Attorney for Defendant
            **SmithAmundsen LLC**
            150 N. Michigan Avenue, Suite 3300
            Chicago, Illinois 60601
            Telephone: (312) 894-3200
            Fax (312) 894-3210
            E-mail: jcheskes@salawus.com