UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIANNA GREENE, | ) |
|    Plaintiff, | ) ) ) ) |
| VS. | ) Case No.: 09-CV-7547 |
| EQUIFAX INFORMATION SERVICES, INC., TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., GE MONEY BANK, AT&T MOBILITY, LLC, BANK OF AMERICA, NA, HSBC USA, INC., CITIBANK (SOUTH DAKOTA) N.A., | ) ) ) Judge Blanche Manning ) ) ) ) ) |
|    Defendants. | ) |

**MOTION TO ATTEND SETTLEMENT CONFERENCE VIA TELEPHONE**

NOW COMES Defendant, Citibank (South Dakota), N.A., ("Citibank"), by and through its attorneys, Jill A. Cheskes and Sara M. Stertz of SmithAmundsen, LLC, and respectfully moves this honorable court for an order allowing its corporate representative, Andrew Moritz, to appear at the upcoming May 12, 2010 settlement conference via telephone, for the following reasons:

    1.    This defendant is in receipt of the court's order dated May 3, 2010 setting this matter for a settlement conference on May 12, 2010 at 2:00 p.m. before the Honorable Maria Valdez. Per that order, the settlement conference will be set for Plaintiff and Equifax, and all other defendants who wish to attend the settlement shall contact the plaintiff prior to arriving for settlement.

    2.    The corporate representative for CITIBANK (SOUTH DAKOTA) N.A., Andrew Moritz, has his principal place of business in Jacksonville, Florida, and due to the short notice between the entry of the May 3, 2010 docket entry scheduling this matter for a settlement

conference, and the upcoming settlement conference on May 12, 2010, he is unable to rearrange his schedule in order to allow him to appear in person at the settlement conference on May 12, 2010, or otherwise designate another person to appear.

3.  CITIBANK (SOUTH DAKOTA) N.A., wishes to attend the settlement conference on May 12, 2010 and will have its retained counsel present in person at the settlement conference, and will have Andrew Moritz with full settlement authority available for the duration of the settlement conference via telephone.

4.  CITIBANK (SOUTH DAKOTA) N.A., agrees to participate in good faith at the settlement conference should this order be granted, and will comply with the court's instructions for a settlement conference.

5.  In the event this order is granted, CITIBANK (SOUTH DAKOTA) N.A., will contact Plaintiff's counsel and notify Plaintiff's counsel that it intends to participate in good faith at the settlement conference and arrange to exchange the court's pre-settlement conference demand and offer letters with Plaintiff's counsel prior to the settlement conference and provide copies of the pre-trial conference demand and offer letters to this court at the prior to the start of the settlement conference.

WHEREFORE, the Defendant, CITIBANK (SOUTH DAKOTA) N.A., respectfully requests an order allowing its corporate representative to appear at the May 12, 2010 settlement conference via telephone, to exchange the pre-trial settlement demand and offer letters prior to the settlement conference, and bring those letters to the settlement conference on May 12, 2010, and for such other and further relief as this court deems just and equitable under the circumstances.

        Respectfully submitted,

        s/ Jill A. Cheskes_____
        Attorney No.: 06237878
        Attorney for Defendant
        SmithAmundsen LLC
        150 N. Michigan Avenue, Suite 3300
        Chicago, Illinois 60601
        Telephone: (312) 894-3200
        Fax (312) 894-3210
        E-mail: jcheskes@salawus.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 4, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants.

      s/ Jill A. Cheskes_____
Attorney No.: 06237878
Attorney for Defendant
**SmithAmundsen LLC**
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Fax (312) 894-3210
E-mail: jcheskes@salawus.com