**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRIANNA GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | Case No.: 09-CV-7547 |
| | ) | |
| EQUIFAX INFORMATION SERVICES, INC., | ) | |
| TRANSUNION, LLC, | ) | Judge Blanche Manning |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| GE MONEY BANK, AT&T MOBILITY, LLC, | ) | |
| BANK OF AMERICA, NA, HSBC USA, INC., | ) | |
| CITIBANK (SOUTH DAKOTA) N.A., | ) | |
| | ) | |
| Defendants. | ) | |

___

**NOTICE OF MOTION**
___

TO:   -- All Attorneys of Record --

PLEASE TAKE NOTICE THAT on **May 11, 2010**, at **9:45 a.m.**, we shall appear before the **Honorable Maria Valdez** in **Room 1300**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached **Motion to Attend Settlement Conference by Phone,** a copy of which is hereby served upon you.

                              SmithAmundsen LLC

                    By:   s/ Jill A. Cheskes_____
                              Jill A. Cheskes, Attorney for Defendants
                              Attorney No.: 6237878
                              SmithAmundsen LLC
                              150 N. Michigan Avenue, Suite 3300
                              Chicago, Illinois 60601
                              Telephone: (312) 894-3200
                              Fax (312) 894-3210
                              E-mail: jcheskes@salawus.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 4, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants.

                    By:     s/ Jill A. Cheskes_____
                            Jill A. Cheskes, Attorney for Defendants
                            Attorney No.: 6237878
                            SmithAmundsen LLC
                            150 N. Michigan Avenue, Suite 3300
                            Chicago, Illinois 60601
                            Telephone: (312) 894-3200
                            Fax (312) 894-3210
                            E-mail: jcheskes@salawus.com