**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BRIANNA GREENE**, <br><br> Plaintiff, <br><br> v. <br><br> **EQUIFAX INFORMATION SERVICES, INC., et al.** <br><br> Defendants | **Civil Action No. 1:09-CV-7547** <br><br> **Hon. Judge Blanche M. Manning** <br><br> **Magistrate Judge Maria Valdez** |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF FILING DOCUMENTS UNDER SEAL IN SUPPORT OF ITS RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION AND ALTERNATE MOTION TO COMPEL**

Defendant Experian Information Solutions, Inc. ("Experian") submits the attached documents under seal as "Exhibit B" to its Response to Plaintiff's Motion For Reconsideration And Alternative Motion to Compel (Dkt. 160). Experian makes this submission pursuant to Magistrate Judge Valdez's August 9, 2010 Order (Dkt. 164) granting Experian's Motion For Leave To File Documents Under Seal (Dkt. 161).

Attached as Exhibit 1 to this Notice is a copy of the Protective Order (the "Restricting Order") entered by this Court on April 20, 2010. (Dkt. 91.)

Attached as Exhibit 2 to this Notice is a redacted copy of the documents that were filed under seal with Magistrate Judge Valdez's chambers on August 10, 2010. These documents have been designated as "Confidential" pursuant to the Restricting Order. A redacted copy of the documents have been submitted as Exhibit 2 to this Notice pursuant to Local Rule 26.2 and Magistrate Judge Valdez' Case Management Procedures regarding the Filing of Confidential Documents.

Dated:  August 10, 2010   Respectfully submitted,

                                                     s/ Gabriel H. Scannapieco
Gabriel H. Scannapieco (#6287298)
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL  60601-1592
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
gscannapieco@jonesday.com

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## **CERTIFICATE OF SERVICE**

I, Gabriel H. Scannapieco, certify that on the 10th day of August, 2010, I served the foregoing **Experian Information Solutions, Inc.'s Notice of Filing Documents Under Seal In Support Of Its Response To Plaintiff's Motion For Reconsideration And Alternate Motion To Compel** via electronic delivery to all parties that have filed an appearance in this matter at their e-mail addresses on file with the Court.

| | | |
|---|---|---|
| **Alexander Holmes Burke**<br>Burke Law Offices, LLC<br>155 N. Michigan Ave.<br>Suite 9020<br>Chicago, IL 60601<br>(312) 729-5288<br>Email:ABurke@BurkeLawLLC.com | **William R. Brown**<br>**Karen Reisinger**<br>**Robert J. Schuckit**<br>Schuckit & Associates, P.C.<br>30th Floor, Market Tower<br>10 W. Market Street, Suite 3000<br>Indianapolis, IN 46204<br>317 363 2400<br>Fax: 317-363-2257<br>Email: wbrown@schuckitlaw.com<br>Email: rschuckit@schuckitlaw.com<br><br>**Michael Joseph Sreenan**<br>Michael J. Sreenan<br>853 N. Elston Avenue<br>Chicago, IL 60622<br>(773)549-8700<br>Email: msreenan@sreenanpc.com | **Michael D. Douglas**<br>King & Spalding, LLP<br>Business Litigation<br>1180 Peachtree Street, NE<br>Suite 1700<br>Atlanta, GA 30309<br>(404) 572-4600<br>Fax: (404) 572-5100<br>Email: mdouglas@kslaw.com<br><br>**Jeremy S. Unruh**<br>Polsinelli Shughart PC<br>161 North Clark Street<br>Suite 4200<br>Chicago, IL 60601<br>312-873-3617<br>Email: junruh@polsinelli.com |
| **Lawrence Mitchell Benjamin**<br>**Tonya Gentry Newman**<br>Neal, Gerber & Eisenberg<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602<br>(312) 269-8000<br>Email: lbenjamin@ngelaw.com<br>Email: tnewman@ngelaw.com | **Daniel J. O'Rielly**<br>O'Rielly & Roche LLP<br>161 N. Clark Street<br>Suite 4700<br>Chicago, IL 60601<br>(312) 523-2102<br>Fax: (312) 523-2030<br>Email: djo@oriellyroche.com | **Jeffrey D. Pilgrim**<br>**Jennifer Hollenbeck Sarhaddi**<br>Grady Pilgrim Christakis Bell LLP<br>53 West Jackson Boulevard<br>#715<br>Chicago, IL 60604<br>(312) 379-8542<br>Email: jsarhaddi@gradypilgrim.com |
| **Jill A. Cheskes**<br>**Sara Marie Stertz**<br>SmithAmundsen, LLC<br>150 North Michigan Avenue<br>Suite 3300<br>Chicago, IL 60601<br>(312) 894-3200<br>Email: jcheskes@salawus.com<br>Email: sstertz@salawus.com | | |

/s/ Gabriel H. Scannapieco
Gabriel H. Scannapieco